UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

CHARISMA ROYSTER,

                Defendant.

REPORT & RECOMMENDATION
14-CR-214S-18

FILED
MAR 29 2016
MARY C. LOEWENGUTH, CLERK
WESTERN DISTRICT OF NY

    By Order of Judge William M. Skretny dated March 17, 2016, the above case was referred to me, with the consent of the defendant, to take the defendant's plea of guilty and to conduct an allocution pursuant to Rule 11 of the Federal Rules of Criminal Procedure for a Report and Recommendation. The following is my Report and Recommendation as to the defendant's plea of guilty.

    On March 29, 2016, the defendant entered a plea of guilty in this case. In accordance with my oral Report and Recommendation at the close of the plea proceeding, it is my Report and Recommendation that the defendant's plea of guilty accords with the requirements of Rule 11 of the Fed. R. Crim. P. and that your Honor adjudge the defendant guilty of the offense(s) to which the guilty plea was offered.

    SO ORDERED.

Dated: March 29, 2016
       Buffalo, New York

                                      LESLIE G. FOSCHIO
                         UNITED STATES MAGISTRATE JUDGE